**Dismissed and Memorandum Opinion filed May 29, 2014.**



In The

## Fourteenth Court of Appeals

### NO. 14-14-00227-CV

### ROGER DALE MONTGOMERY, Appellant

### V.

### SPRING I.S.D., Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2011-32442**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal from a judgment signed November 20, 2013. Appellant filed a timely motion for new trial on December 18, 2013. Appellant's notice of appeal was filed March 18, 2014.

When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3

On April 29, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.